IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEA McKAY PETERS, ) | NO.: 1:08-CV-00321-AWI-SMS |
| Plaintiff, ) | |
| v. ) | ORDER DENYING MOTION TO DISMISS AS MOOT IN LIGHT OF STIPULATION |
| CITY OF HURON, ET AL., ) | |
| Defendants ) | |

On July 9, 2008, Defendants filed a motion to dismiss Plaintiff's third claim for relief (Malicious Prosecution) as provided by Federal Rules of Civil Procedure 12(b)(6).  The motion was made on the grounds that the Complaint discloses on its face that Plaintiff was never charged or prosecuted for any crime.

On July 22, 2008, Plaintiff filed a stipulation of dismissal of the Third Cause of Action for Malicious Prosecution only, without prejudice, pursuant to Rule 41(a)(1)(ii).  The stipulation was signed by all parties in this case.

On July 25, 2008, the court dismissed the Third Cause of Action for Malicious Prosecution in light of stipulation of dismissal.  In light of the stipulated dismissal, Defendants' July 9, 2008 motion to dismiss is moot.

///

///

Accordingly, the court ORDERS that:

1. Defendants' motion to dismiss is DENIED as moot; and
2. The August 18, 2008 hearing date is VACATED.

IT IS SO ORDERED.

**Dated:    August 12, 2008**                              /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE