Leo James Terrell (SBN 149693)
Erikson M. Davis (SBN 197841)
LAW OFFICES OF LEO JAMES TERRELL
8383 Wilshire Blvd., Suite 920
Beverly Hills, California 90211
Ph: (323) 655-6805\Fax: (323) 655-5104

Attorneys for Plaintiff THEA MCKAY PETERS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEA McKAY PETERS,<br><br>  Plaintiff,<br> vs.<br><br>CITY OF HURON, a Municipal Corporation; OFFICER R. WINE # 171930, as an individual and in his official capacities; CITY OF HURON POLICE DEPARTMENT OFFICER A. DIAZ # 2047, as an individual and in his official capacities; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 108-CV-00321 AWI SMS<br><br>**STIPULATION AND ORDER** |

WHEREAS, the current relevant deadline dates in this litigation are as follows:

 3/27/09  Discovery cut-off (non-expert)

 5/15/09  Discovery cut-off (expert)

 4/10/09  Deadline for filing non-dispositive motions

 6/19/09  Deadline for filing dispositive motions; and

WHEREAS, the undersigned parties have attempted in good faith to comply with these dates but, because of scheduling conflicts, have been unable to; and

WHEREAS, Plaintiff has previously served deposition notices for the two defendant officers, but the dates therefor have had to be rescheduled beyond the current discovery cut-off for non-experts;

IT IS HEREBY STIPULATED AND AGREED that the above-referenced deadlines in this litigation shall be extended thirty days as follows:

| | | |
|---|---|---|
| 4/27/09 | Discovery cut-off (non-expert) | |
| 6/15/09 | Discovery cut-off (expert) | |
| 5/10/09 | Deadline for filing non-dispositive motions | |
| 7/19/09 | Deadline for filing dispositive motions. | |

Dated: 3/25/2009                    LAW OFFICES OF LEO JAMES TERRELL


By:/s/ Leo James Terrell
    Leo James Terrell
    Attorneys for Plaintiff
    THEA McKAY PETERS

Dated: 3/25/2009                    EMERSON, COREY & SORENSEN


By:/s/ James D. Emerson
    James D. Emerson
    Attorneys for Defendants
    CITY OF HURON;
    OFFICER A. DIAZ

Dated: 3/23/2009                    ATTORNEY GENERAL OF THE STATE OF CALIFORNIA


By:/s/ Kevin William Reager
    Kevin William Reager
    Deputy Attorney General
    Attorneys for Defendant
    OFFICER J.P. RICHWINE
    California Highway Patrol

1 | (This document was returned on 3/27/09 to counsel to add electronic signatures and dates all
2 | counsel signed this document; returned with corrections on 5/5/2009.)

IT IS SO ORDERED.

**Dated:   May 6, 2009**         **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE