Leo James Terrell (SBN 149693)
Erikson M. Davis (SBN 197841)
LAW OFFICES OF LEO JAMES TERRELL
8383 Wilshire Blvd., Suite 920
Beverly Hills, California 90211
Ph: (323) 655-6805\Fax: (323) 655-5104

Attorneys for Plaintiff THEA MCKAY PETERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEA McKAY PETERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF HURON, a Municipal Corporation; OFFICER R. WINE # 171930, as an individual and in his official capacities; CITY OF HURON POLICE DEPARTMENT OFFICER A. DIAZ # 2047, as an individual and in his official capacities; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 108-CV-321 AWI SMS<br><br>**ORDER** |

　　　This Court has received and reviewed the Stipulation between the parties, agreeing to and stipulating that the Court should vacate the current dates for Pre-Trial Conference (currently set for 9/4/09) and Trial (currently set for 10/20/09), and re-set such dates once this Court has ruled on Defendant's Motion for Summary Judgment, currently set to be heard on 9/08/09.

　　　There being good cause therefor, the Court hereby vacates the current 9/4/09 Pre-Trial Conference date for and 10/20/09 Trial date. Both dates will be re-set after Defendant's Motion for Summary Judgment has been heard and decided.

IT IS SO ORDERED.

**Dated:　 July 27, 2009 　　　　　　/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE