IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEA MCKAY PETERS,<br><br>               Plaintiff,<br>   v.<br><br>CITY OF HURON, et al.,<br><br>               Defendants. | )   1:08-CV-321  AWI SMS<br>)<br>)   ORDER VACATING<br>)   HEARING ON DEFENDANT'S<br>)   PLAINTIFF'S MOTION FOR<br>)   SUMMARY JUDGMENT AND<br>)   ORDER CORRECTING<br>)   DOCKET<br>) |

     Defendant J.P. Richwine (incorrectly named as "R. Wine") has noticed for hearing and decision a motion for summary judgment.  The matter is scheduled for hearing to be held on September 8, 2009.  Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

     Additionally, Defendant Richwine is identified in the Docket as "R. Wine."  The Clerk will be directed to change the Docket from "R. Wine" to "J.P. Richwine."

     Therefore, IT IS HEREBY ORDERED that:

1.    The previously set hearing date of September 8, 2009, is VACATED, and the parties shall not appear at that time; as of September 8, 2009, the Court will take the matter under submission and will thereafter issue its decision; and

2.    The Clerk will change "R. Wine" to "J.P. Richwine" on the Docket.

IT IS SO ORDERED.

**Dated:**   September 3, 2009           /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE