|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| THEA MCKAY PETERS, | ) | 1:08-CV-321  AWI SMS |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | ORDER AMENDING |
| v. | ) | BRIEFING SCHEDULE |
|  | ) | REGARDING DEFENDANT'S |
| CITY OF HURON, et al., | ) | MOTION FOR SUMMARY |
|  | ) | JUDGMENT |
| Defendants. | ) |  |
| _____ | ) |  |

   On October 5, 2009, this Court ordered the parties to submit additional briefing on the possible impact of California Penal Code § 647(f) on this case.  The Court ordered that the parties were to submit briefing on or by October 13, 2009.  The Court also set dates for responses and time to respond to objections.  Plaintiff filed her brief on October 12, 2009.  On October 13, 2009, the Court received a telephone call from defense counsel Kevin Reager.  Mr. Reager, who works for the California Attorney General's office, informed the Court that power to his building has been lost and that all staff have been sent home.  He also informed the Court that power was expected to be restored on Wednesday or Thursday.  Mr. Reager then requested an extension of time in which to file his brief.  The Court will accept Mr. Reager's representations as an officer of the Court and will alter the briefing schedule accordingly.

Therefore, IT IS HEREBY ORDERED that:

1. On or by October 16, 2009, Defendant will submit supplemental briefing, and may submit additional evidence, regarding the impact, if any, of California Penal Code § 647(f) on this case/Defendant's motion;[1]

2. The parties may each file a response to the supplemental briefing on or by October 23, 2009; and

3. To the extent that objections are made as part of the responding materials, replies to such objections may be filed on or by October 29, 2009.

IT IS SO ORDERED.

**Dated:   October 13, 2009**                    /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff may also file additional briefing, if she so desires, on October 16, 2009. However, if Plaintiff chooses to file additional briefing on October 16, 2009, the Court will only consider that filing and will not consider Plaintiff's October 12, 2009, submission.